IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

USDC CLERK, FLORENCE, SC RECEIVED 2009 JUN 16 P 12:36

USDC CLERK, FLORENCE, SC RECEIVED 2010 JAN 27 A 10:53

DANIEL BOYD McCRACKEN )
)
Defendant )
)
)
)
V. )
)
) Case No. 4:03-cr-00748-TLW-TER
)
UNITED STATES OF AMERICA )
)
Respondent )
)
)
)
)

**DENIED**

Terry L. Wooten  1-26-10
TERRY L. WOOTEN      DATE
U. S. DISTRICT JUDGE

---

PETITION FOR WRIT OF ERROR AUDITA

QUERELA PURSUANT TO 28 U.S.C. 1651

---

COMES NOW, THE Petitioner herein, Daniel Boyd McCracken, appearing Pro-se, and moves this Honorable Court to issue a Writ of Audita Querela pursuant to 28 U.S.C. 1651. At the onset, the petitioner submits that the instant petition raises objections, as a matter of law, against the consequences of a prior Judgement of thiscourt issued on August 18th, 2004, in case number 4:03-cr-00748-TLW-TEr. The petitioner submits that he is raising a newly recognized defense against the infirmities created by said Judgement. In support of his petition for Writ of Audita Querela, The Petitioner submits the following Facts: